# UNITED STATES DISTRICT COURT

for the
Central District of California

| | | |
|---|---|---|
| **Matthew Rozanski**<br>*Plaintiff*<br>v.<br>**Better Debt Solutions, LLC**<br>*Defendant* | ) | Civil Action No.<br>2:26-cv-09931-(MARx) |

## AFFIDAVIT OF SERVICE

I, Jason Wirick, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to BETTER DEBT SOLUTIONS LLC in Orange County, CA on October 12, 2026 at 2:21 pm at 19200 Von Karman Ave, Ste 600, Irvine, CA 92612-8516 by leaving the following documents with Ray M. (refused last name) who, as Office Manager, is authorized by appointment or by law to receive service of process for BETTER DEBT SOLUTIONS LLC.

CERTIFICATION AND NOTICE OF INTERESTED PARTIES
NOTICE OF ASSIGNMENT TO A U.S. MAGISTRATE JUDGE AND DECLINATION OF CONSENT
CIVIL COVER SHEET
COMPLAINT
SUMMONS IN A CIVIL ACTION

Race: Hispanic, Sex: Female, Est. Age: 35-44, Hair: Black, Glasses: N, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=33.6704123172,-117.8575033988
Photograph: See Exhibit 1

Total Cost: $95.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Orange County,

CA on 10/14/2026.

/s/ Jason Wirick

Jason Wirick - +1 (949) 973-3479
Registration No.: PS-6393
Registration County: Orange County


Exhibit 1a)
10/12/2026 2:21 pm PDT
19200 Von Karman Ave, Ste 600, Irvine, CA 92612-8516
33.6704123, -117.8575034
19200


Exhibit 1b)
10/12/2026 2:21 pm PDT
19200 Von Karman Ave, Ste 600, Irvine, CA 92612-8516
33.6704123, -117.8575034
SUITE
600
RECEPTION
6