KAZEROUNI LAW GROUP, APC
Ryan L. McBride, Esq. (SBN 297557)
ryan@kazlg.com
Jonathan Gil, Esq. (SBN 347431)
jonathan@kazlg.com
2221 Camino del Rio South, Suite 101
San Diego, CA 92108
Telephone: (800) 400-6808
Attorneys for Plaintiff MATTHEW ROZANSKI

Mario Iskander, SBN 327025
ISKANDER LAW, APC
1111 N. Brand Blvd., Suite 308
Glendale, CA 91202
Tel. (240) 439-1970
Email: mario@iskanderlaw.com

Attorneys for Defendant BETTER DEBT SOLUTIONS, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW ROZANSKI,<br><br>Plaintiff,<br><br>v.<br><br>BETTER DEBT SOLUTIONS, LLC,<br><br>Defendant. | Case No. 2:26-cv-09931-MAR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: October 12, 2026 (per ECF No. 7)<br>Current response date: November 2, 2026<br><br>New response date: December 2, 2026 |

Magistrate Judge: Hon. Margo A. Rocconi
Complaint Filed: September 3, 2026
Trial Date: None set

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Plaintiff Matthew Rozanski ("Plaintiff") and Defendant Better Debt Solutions, LLC ("Defendant"), through their counsel of record, stipulate as follows:

1. Plaintiff filed the Complaint on September 3, 2026. (ECF No. 1.)

2. On October 19, 2026, Plaintiff filed a proof of service stating that the summons and Complaint were served on Defendant on October 12, 2026. (ECF No. 7.)

3. Measured from the service date stated in ECF No. 7, Defendant's response to the Complaint is currently due on November 2, 2026. Fed. R. Civ. P. 12(a)(1)(A)(i).

4. Counsel for the parties met and conferred on October 21, 2026, and agreed to extend Defendant's time to respond to the Complaint by thirty (30) days, to and including December 2, 2026.

5. No party has previously sought or obtained an extension of Defendant's time to respond to the Complaint. This extension does not exceed thirty (30) days from the date the response was initially due and therefore does not require Court approval under Local Rule 8-3.

IT IS SO STIPULATED.

Dated: October 28, 2026

KAZEROUNI LAW GROUP, APC

By: /s/ Jonathan Gil
Ryan L. McBride
Jonathan Gil
Attorneys for Plaintiff
MATTHEW ROZANSKI

Dated: October 21, 2026

ISKANDER LAW, APC

By: /s/ Mario Iskander
Mario Iskander
Attorneys for Defendant
BETTER DEBT SOLUTIONS, LLC

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jonathan Gil, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 28, 2026

/s/ Jonathan Gil
Jonathan Gil